Michael L. Rodenbaugh
California Bar No. 179059
Marie E. McCann
California Bar No. 292962
RODENBAUGH LAW
548 Market Street
Box 55819
San Francisco, CA  94104
(415) 738-8087

Attorneys for Danni Guo and Jiawei Lu

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI GUO and JIAWEI LU,<br><br>Plaintiffs,<br><br>vs.<br><br>8BO.COM and Others,<br><br>Defendants. | Case No. 13-cv-05299 NC<br><br>**DECLARATION OF MARIE MCCANN IN SUPPORT OF PLAINTIFFS' MOTION FOR WAIVER OF SERVICE BY POSTAL MAIL AND PUBLICATION, OR IN THE ALTERNATIVE FOR SERVICE BY PUBLICATION**<br><br>**Hon. Nathanael Cousins**<br><br>**Date: April 23, 2014**<br>**Time: 1:00 pm**<br>**Courtroom: A, 15th Floor** |

I, Marie McCann, under penalty of perjury under the laws of the United States,

hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiffs Danni Guo and Jiawei Lu in this action and make this

   Declaration in support of Plaintiffs' Motion for Waiver of Service by Postal Mail and

   Publication, or in the Alternative for an Order Directing Service by Publication.

DECLARATION OF MARIE MCCANN
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

1

2. Plaintiffs are the owners of the domain names 8bo.com, 5123.com, boti.com, huati.com and 16688.com (collectively "Defendant Domains").

3. On December 19, 2013, I sent four emails to the email address contact@privacyprotect.org, the email address listed in the "registrant" section of the Whois records for the Defendant Domains 8bo.com, 5123.com, boti.com and huati.com. The emails contained a notice of the lawsuit, including a copy of the Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Directing Non-Party to Comply and Standing Orders. True and correct copies of these emails are attached hereto as Exhibit A.

4. Also on December 19, 2013, I sent a notice of the lawsuit, including a copy of the Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Directing Non-Party to Comply and Standing Orders, to the email address smakeliao@foxmail.com, the email address listed in the "registrant" section of the Whois record for the Defendant Domain 16688.com. A true and correct copy of the email is attached hereto as Exhibit B.

5. On January 27, 2014, I filed a notice of the lawsuit to the "Contact Domain Owner" online form on the website of privacyprotect.org (the "Privacy Service") for each of the Defendant Domains 8bo.com, 5123.com, boti.com and huati.com. A copy of the Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Directing Non-Party to Comply and Standing Orders were uploaded as an attachment thereto.

6. On February 28, 2014, I checked the Whois record for Defendant Domain 16688.com. As of that date, the Whois record had been updated to reflect contact

DECLARATION OF MARIE MCCANN
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

2

information for the Privacy Service in the "registrant" section. A true and correct copy of the Whois record is attached hereto as Exhibit C. Once I learned of the update, I emailed copy of the Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Directing Non-Party to Comply and Standing Orders to the email address provided – contact@privacyprotect.org. A true and correct copy of the email is attached hereto as Exhibit D. A notice of the lawsuit was also filed to the "Contact Domain Owner" form on the Privacy Service website and the above listed documents uploaded as attachments thereto.

7. As of March 13, 2014, all of the Defendant Domains list contact information of the Privacy Service in the "registrant" section of the Whois records. A true and correct copy of the Whois records for the Defendant Domains are attached hereto as Exhibit E.

8. As of March 13, 2014, the website of the Privacy Service displays the following text on the home page: "We DO NOT accept Postal mails. All postal mails sent to our PO Box address are rejected. Please use the Contact Domain Owner form below to contact the domain name owner." A screenshot of the website is attached hereto as Exhibit F.

//
//
//
//
//
//

DECLARATION OF MARIE MCCANN
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

3

1   9. This Motion and Proposed Order will be emailed the registrants for each of the

2   Defendant Domains as well as uploaded to the "Contact Domain Owner" form on the

3   Privacy Service website for each of the Defendant Domains.

4

5                                   RESPECTFULLY SUBMITTED,

6

7   DATED:  March 14, 2014          By: /s/ *Marie E. McCann*

8                                   Marie E. McCann
                                    RODENBAUGH LAW
9                                   584 Market Street
                                    Box 55819
10                                  San Francisco, CA  94014
                                    Tel/fax:  (415) 738-8087
11

12                                  Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MARIE MCCANN
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

4