**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DANNI GUO and JIAWEI LU,

    Plaintiffs,

       vs.

8BO.COM and Others,

    Defendants.

                  :
                  :
                  :

Case No. 13-cv-05299 NC

**[PROPOSED] ORDER
GRANTING PLAINTIFFS'
REQUEST FOR A
CONTINUANCE OF THE
CASE MANAGEMENT
CONFERENCE**

       Now before the Court is Plaintiffs Motion for Request for a Continuance of the Case Management Conference.  Having reviewed the Plaintiff's request, the Court agrees that it would be more efficient to hold the Case Management Conference in conjunction with Plaintiffs' pending motion for a Waiver of Service by Postal Mail and Publication on April 23, 2014.

       Accordingly, Plaintiffs' Request for a Continuance of the Case Management Conference is **GRANTED**, and the Case Management Conference is moved to April 23, 2014.

Dated: ___March 21___, 2014   Magistr



GRANTED

Judge Nathanael M. Cousins

[PROPOSED ORDER]
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

1