UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNI GUO and JIAWEI LU, <br><br> Plaintiffs, <br><br> v. <br><br> 8BO.COM, and others, <br><br> Defendants. | Case No. 13-cv-05299 NC <br><br> **ORDER FOR FURTHER BRIEFING; CONTINUING HEARING** <br><br> Re: Dkt. No. 16 |

Plaintiffs in this cybersquatting action move to serve defendant domains by email. Dkt. No. 16. In support of their motion, plaintiffs point to the methods of service permitted by the Anti-cybersquatting Consumer Protection Act when bringing an in rem action. 15 U.S.C § 1125(d)(2)(A)(ii)(II)(aa). But plaintiffs fail to discuss whether their proposed method of service is permissible under Federal Rule of Civil Procedure 4.

Therefore, the Court orders plaintiffs to submit further briefing, not to exceed five pages, that addresses whether service of defendant domains is permissible under Rule 4. Plaintiffs must specifically address whether defendants are domestic or foreign, and if foreign, whether email service is permissible under Rule 4(f). Plaintiffs must submit their brief within seven days of this order. The case management conference and hearing on the

Case No. 13-cv-05299 NC
ORDER FOR FURTHER BRIEFING;
CONTINUING HEARING

1  motion for service by email are continued until April 30, 2014 at 1:00 p.m. in Courtroom A.
2  The Court does not require an additional case management statement.
3      IT IS SO ORDERED.
4      Date: April 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-05299 NC
ORDER FOR FURTHER BRIEFING;
CONTINUING HEARING
    2