**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DANNI GUO and JIAWEI LU,

        Plaintiffs,

        vs.

8BO.COM and Others,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 13-cv-05299 NC

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

Now before the Court is Plaintiffs Motion for Request for a Continuance of the Case Management Conference.  Having reviewed the Plaintiffs' request, the Court agrees that it would be more efficient to hold the Case Management Conference after Plaintiffs have served registrants of Defendant Domains.

Accordingly, Plaintiffs' Request for a Continuance of the Case Management Conference is **GRANTED**, and the Case Management Conference is moved to August 20, 2014, at 2:00 p.m.

Dated: _____June 20_____, 2014      Magistrate



GRANTED

Judge Nathanael M. Cousins

[~~PROPOSED~~ ORDER]
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

1