# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI GUO and JIAWEI LU, | Case No. 13-cv-05299 NC |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER DIRECTING NOTICE BY PUBLICATION |
| 8BO.COM and Others, | |
| Defendants. | |

This matter is before the Court on the Court's Order that Plaintiffs submit a proposed order directing service of process by publication. Pursuant to 15 U.S.C. § § 1125(d)(2)(A)(ii)(II)(bb) and 1125(d)(2)(B), in order to complete service of process on Defendant Domain Names 8bo.com, 5123.com, 16688.com, boti.com and huati.com Plaintiffs must serve process via postal mail as required by the this Court's previous order (Docket 24), and must publish notice of the instant action as the Court may direct.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall satisfy the publication requirement by publishing the following notice for four (4) consecutive Saturdays, in the "legal notices" section of the Australian newspaper the *Gold Coast Bulletin* in a text box no smaller than 4cm x 5cm:

//

//

//

[~~PROPOSED~~ ORDER]
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1

NOTICE OF ACTION REGARDING <8BO.COM>, <5123.COM>, <16688.COM>, <BOTI.COM> AND <HUATI.COM>

Danni Guo and Jiawei Lu ("Plaintiffs") have filed an action in the United States District Court for the Northern District of California, Civil Action No. CV-13-05299 NC, alleging that the registration and use of the domain names <8bo.com>, <5123.com>, <16688.com>, <boti.com> and <huati.com> constitute cyberpiracy in violation of the laws of the United States. A written answer or other response to the claims of Plaintiffs' Complaint must be filed with the Court no later than twenty (20) days of the last date of publication of this notice. If no appearance or pleading is filed as required by this Order, then this Court may render a judgment against the domain names, including the transfer of the domain names to Plaintiffs.

Attorney of Record for Plaintiffs:
Mike Rodenbaugh
California Bar No. 179059
Attorney for Danni Guo and Jiawei Lu
RODENBAUGH LAW
548 Market Street
Box No. 55819
San Francisco, CA 94104
Ph: (415) 738-8087
Fax: (415) 738-8087
mike@rodenbaugh.com

2. Service of process on the Defendant Domain Names shall be deemed complete upon the last day of publication of the above notice.

3. To avoid an entry of default, any response to Plaintiffs' complaint must be filed with the Court no later than twenty (20) days of the last date of publication of the above notice.

Dated: ___August 4___, 2014      Magistrate Judge Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

[PROPOSED ORDER]
Case No. 13-cv-05299 NC