# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI GUO and JIAWEI LU, | Case No. 13-cv-05299 NC |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER DIRECTING NOTICE BY PUBLICATION |
| 8BO.COM and Others, | |
| Defendants. | |

This matter is before the Court on the Court's Order that Plaintiffs submit a proposed order directing service of process by publication. Pursuant to 15 U.S.C. § § 1125(d)(2)(A)(ii)(II)(bb) and 1125(d)(2)(B), in order to complete service of process on Defendant Domain Names 8bo.com, 5123.com, 16688.com, boti.com and huati.com Plaintiffs must serve process via postal mail as required by the this Court's previous order (Docket 24), and must publish notice of the instant action as the Court may direct.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff shall satisfy the publication requirement by publishing the following notice for four (4) consecutive Saturdays, in the "legal notices" section of the Australian newspaper the *Gold Coast Bulletin* in a text box no smaller than 4cm x 5cm:

//

//

//

[~~PROPOSED~~ ORDER]
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1
2   NOTICE OF ACTION REGARDING <8BO.COM>, <5123.COM>,
    <16688.COM>, <BOTI.COM> AND <HUATI.COM>
3
4   Danni Guo and Jiawei Lu ("Plaintiffs") have filed an action in the United States
    District Court for the Northern District of California, Civil Action No. CV-13-
5   05299 NC, alleging that the registration and use of the domain names
    <8bo.com>, <5123.com>, <16688.com>, <boti.com> and <huati.com>
6   constitute cyberpiracy in violation of the laws of the United States. A written
    answer or other response to the claims of Plaintiffs' Complaint must be filed
7   with the Court no later than twenty (20) days of the last date of publication of
    this notice. If no appearance or pleading is filed as required by this Order, then
8   this Court may render a judgment against the domain names, including the
    transfer of the domain names to Plaintiffs.
9
10  Attorney of Record for Plaintiffs:
    Mike Rodenbaugh
11  California Bar No. 179059
    Attorney for Danni Guo and Jiawei Lu
12  RODENBAUGH LAW
    548 Market Street
13  Box No. 55819
    San Francisco, CA 94104
14  Ph: (415) 738-8087
    Fax: (415) 738-8087
15  mike@rodenbaugh.com
16
17

18      2.   Service of process on the Defendant Domain Names shall be deemed

19  complete upon the last day of publication of the above notice.

20      3.   To avoid an entry of default, any response to Plaintiffs' complaint must be

21  filed with the Court no later than twenty (20) days of the last date of publication of the

22  above notice.

23

24
                                          _____
25
26  Dated:  ___August 4___, 2014      Magistrate Judge Nathanael M. Cousins



[PROPOSED ORDER]
Case No. 13-cv-05299 NC