# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI GUO and JIAWEI LU, | Case No. 13-cv-05299 NC |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |
| 8BO.COM and Others, | |
| Defendants. | |

(Note: "[PROPOSED]" is struck through.)

Now before the Court is Plaintiffs' Motion for Request for a Continuance of the Case Management Conference.  Having reviewed the Plaintiffs' request, the Court agrees that it would be more efficient to hold the Case Management Conference after Plaintiffs have completed service of process and registrants of Defendant Domains have had the opportunity to appear.

Accordingly, Plaintiffs' Request for a Continuance of the Case Management Conference is **GRANTED**, and the Case Management Conference is moved to October 22, 2014, at ~~2 p.m.~~ 10:00 a.m.

Dated:  ____August 13____, 2014        Magistrate



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

[PROPOSED] ORDER]
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087