# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNI GUO and JIAWEI LU, | Case No. 13-cv-05299 NC |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** AS MODIFIED |
| 8BO.COM and Others, | |
| Defendants. | |

Now before the Court is Plaintiffs Request for a Continuance of the Case Management Conference. Having reviewed the Plaintiffs' request, the Court agrees that it would be ineffective to hold the case management conference at this point.

Accordingly, Plaintiffs' Request for a Continuance of the Case Management Conference is **GRANTED**, and the Case Management Conference is moved to March ~~15~~ 18, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose Courthouse. Counsel may appear telephonically and must call the Courtroom Deputy at 408.535.5343 for further instructions.

Dated: __December 31__, 2014      Magistrate Judge Nathanael Cousins



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

[PROPOSED ORDER]
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087