Mike Rodenbaugh
California Bar No. 179059
Marie E. Richmond
California Bar No. 292962
RODENBAUGH LAW
548 Market Street
Box 55819
San Francisco, CA 94104
(415) 738-8087

Attorneys for Danni Guo and Jiawei Lu

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNI GUO and JIAWEI LU, | Case No. 13-cv-05299 NC |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DOMAINS** |
| vs. | |
| 8BO.COM and OTHERS, | |
| Defendants. | |

Plaintiffs Danni Guo and Jiawei Lu ("Plaintiffs"), pursuant to Fed. R. Civ. P. 55(b)(2), move for default judgment. Plaintiffs submit herewith their memorandum in support of their Motion. Plaintiffs request the Court enters the attached order which seeks the injunctive relief requested in the First Amended Complaint. Plaintiffs do not seek damages. The requested injunctive relief consists of an order requiring that Verisign, Inc. and/or the current domain name registrar for each of the Defendant Domains transfer the

PLAINTIFFS' MOTION FOR
ENTRY OF DEFAULT JUDGMENT
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1

registrations of each of the Defendant Domains to Plaintiffs.

WHEREFORE, Plaintiff's Danni Guo and Jiawei Lu respectfully request that the Court grant judgment in their favor.

RESPECTFULLY SUBMITTED,

DATED: April 20, 2015   By: /s/ *Mike Rodenbaugh*
Mike Rodenbaugh
RODENBAUGH LAW
584 Market Street
Box 55819
San Francisco, CA 94104
Tel/fax: (415) 738-8087

PLAINTIFFS' MOTION FOR
ENTRY OF DEFAULT JUDGMENT
Case No. 13-cv-05299 NC

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

2