Mike Rodenbaugh
California Bar No. 179059
Marie E. Richmond
California Bar No. 292962
RODENBAUGH LAW
548 Market Street
Box 55819
San Francisco, CA 94104
(415) 738-8087

Attorneys for Danni Guo and Jiawei Lu

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DANNI GUO and JIAWEI LU,

Plaintiffs,

vs.

8BO.COM and OTHERS,

Defendants.

Case No. 13-cv-05299 NC

**DECLARATION OF JIAWEI LU IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

---

I, Jiawei Lu, under penalty of perjury under the laws of the United States, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an individual residing in China and am submitting this declaration in support of Plaintiffs' Motion for Entry of Default Judgment. I am a native Chinese-language speaker, with limited understanding of English. However, this Declaration has been translated to me by my associate, Lawson Yu, who is fluent in both English and Chinese, and certifies below that he has accurately translated this Declaration to me, and I

DECLARATION OF LU
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1

understand all of the statements herein, which are true and correct per my personal knowledge.

2. I am the owner of the Defendant Domains <8bo.com>, <16688.com>, <5123.com>, <boti.com> and <huati.com>.

3. In or about, August 2013, I attempted to compile an account report concerning the domain names I registered with domain name registrar eNom, Inc. ("eNom"). As a result, I learned that my account had been hacked and all of my domains had been transferred out of my account, including the Defendant Domains. True and correct copies of the emails and correspondence received from eNom, Inc. concerning the Defendant Domains are attached hereto as Exhibit D. I immediately contacted eNom to inform them of the theft. *See* Exhibit D.

4. Prior to the hack, all of the Defendant Domains were held in my eNom registrar account – 'ljw2288' with the associated email address of 'jiawei2288@139.com'. The email address listed on the Whois records for all of the Defendant Domains was 'mageejack3366@gmail.com' and I employed a Whois privacy service to protect my personal information. True and correct copies of the historical Whois records for the Defendant Domains are attached hereto as Exhibit E.

5. After the Defendant Domains were transferred out of my account they were transferred to other registrars. Defendant Domain <huati.com> was transferred to Cloud Group Limited and Defendant Domains <8bo.com>, <boti.com>, <16688.com>, and <5123.com> were transferred to GoDaddy, Inc. *See* Exhibit D.

6. The Defendant Domains were transferred out of my account from "login id chanlee", according to eNom, and had been pushed to an eNom account by this name prior to the transfer out of eNom to GoDaddy, Inc. and Cloud Group Limited. *See* Exhibit D.

7. eNom informed me that they sent inquiries to retrieve Form Of Authorization ("FOA") requests to GoDaddy, Inc. and Cloud Group Limited, the receiving registrars, to

DECLARATION OF LU
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

2

learn the specifics of the domain name transfers for each of the Defendant Domains. *See* Exhibit D.

8. Subsequently, eNom informed me that they had received the FOA from GoDaddy regarding 5123.com, and that the transfer was authorized by the listed registrant of the Defendant Domain. *See* Exhibit D. Also, on or about August 19, 2013, eNom informed me that the listed registrant had authorized the transfer of huati.com using the associated email address 'chanlee999@163.com'.

9. I also learned that prior to the transfers, the Whois information for all of the Defendant Domains had been changed. No longer were all of the Defendant Domains protected by the privacy service I had employed; Defendant Domain <8bo.com>, <boti.com>, and <5123.com> listed the associated email address of 'smakeliao@foxmail.com', and <16688.com> listed the associated email address of 'chanlee999@163.com', and the Whois information for <huati.com> was already masked by another privacy service. *See* Exhibit E.

10. I did not transfer Defendant Domain <huati.com> to Cloud Group Limited.

11. I did not transfer Defendant Domains <boti.com>, <16688.com>, <5123.com>, or <8bo.com> to GoDaddy, Inc.

12. I did not change the Whois information for any of the Defendant Domains to the email address 'chanlee999@163.com', or any other email address that may have been used.

13. To date, I have been unable to recover control of the Defendant Domains.

RESPECTFULLY SUBMITTED,

DATED: April 18, 2015         By: _____
                                   Jiawei Lu

DECLARATION OF LU
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

3

# CERTIFICATION

I, Lawson Yu, am a resident of Hong Kong, and am a business associate of the declarant, Mr. Jiawei Lu. I have been educated in part in the United States, and am fluent in English and Chinese languages. Throughout this case, I have functioned as an intermediary between Plaintiffs Lu and Guo in this action, on the one hand, and Plaintiffs' counsel Mr. Mike Rodenbaugh on the other hand. I have translated the contents of this Declaration for Mr. Lu, and certify that he understands the meaning of every statement sworn to herein.

RESPECTFULLY SUBMITTED,

DATED: April 18, 2015

By: _____
Lawson Yu

DECLARATION OF LU
Case No. 13-cv-05299 NC

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

4